```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
  MILTON WILLIAMS,                            :
                              Plaintiff,      :
                                              :      21 Civ. 00434 (LGS)
              -against-                       :
                                              :            ORDER
  COMPLETE HYDROPONICS, LLC,                  :
                                              :
                              Defendant.      :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court's March 8, 2021, Order directed Plaintiff to serve the summons and complaint on Defendant and file proof of service by March 12, 2021.  Dkt. No. 9.

WHEREAS, no such proof of service was filed.  It is hereby

**ORDERED** that, by **March 18, 2021**, Plaintiff shall file proof of service.

Dated: March 15, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**